884

No. 75–1844. UNITED STATES v. LOVASCO. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1450. DEPARTMENT OF SOCIAL SERVICES OF IOWA ET AL. v. WEST HEIGHT MANOR, INC.; and BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. v. HUTCHISON NURSING HOME, INC., ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 75–1531. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–1597. BROWN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1606. LACY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1685. KOLIOS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 75–1852. BANKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1869. CHITTENDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–6849. HORAN v. WALLACE. C. A. D. C. Cir. Certiorari denied.

No. 75–6945. NICHOLSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6997. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.